■ In the Matter of AETNA INC., Petitioner, v NEW YORK CITY TAX APPEALS TRIBUNAL et al., Respondents. [61 NYS3d 885]—

Decision of respondent New York City Tax Appeals Tribunal, dated June 3, 2016, which reinstated Notices of Disallowance for petitioner's New York City General Corporation Tax (GCT) returns for the calendar years 2005 and 2006, unanimously confirmed, the petition denied and the proceeding, commenced in this Court pursuant to CPLR 506 (b) (4) and article 78, dismissed, without costs.

The Tribunal's decision that under the relevant statutory scheme, petitioner's subsidiary health maintenance organizations were subject to the GCT during the period in issue is rational and supported by substantial evidence, and is thus entitled to deference (*see Matter of National Bulk Carriers Inc. & Affiliates v New York City Tax Appeals Trib.*, 61 AD3d 522 [1st Dept 2009], *lv denied* 12 NY3d 716 [2009]). Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.